UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT,<br>   Plaintiffs,<br><br>vs.<br><br>SALLY JEWELL, as Secretary of the U.S. Department of the Interior; U.S. DEPARTMENT OF THE INTERIOR; U.S. BUREAU OF RECLAMATION; ESTEVAN LÓPEZ, as Commissioner, Bureau of Reclamation, U.S. Department of the Interior; and DAVID MURILLO, as Regional Director, Mid-Pacific Region, Bureau of Reclamation, U.S. Department of the Interior,<br>   Defendants,<br><br>and<br><br>YUROK TRIBE, a federally recognized Tribe,<br>   Proposed Defendant-Intervenor | No. **1:15-cv-01290-LJO-GSA**<br><br>**ORDER GRANTING YUROK TRIBE'S MOTION TO INTERVENE AS DEFENDANT (Doc. 18)** |

  THIS MATTER is before the Court on the motion to intervene of the Proposed Defendant-Intervenor Yurok Tribe ("Yurok"). Plaintiffs' counsel does not object provided that Proposed Defendant-Intervenor will not expand the claims in this case. Defendants' counsel has indicated that Defendants would stipulate to Yurok's intervention.

  This motion to intervene satisfies the four requirements of Federal Rule of Civil Procedure 24(a) to intervene as of right. The motion was timely filed at an early stage of the proceedings. Yurok claims a significant protectable interest in the Klamath and Trinity River fisheries, which provide anadromous fish used for Yurok subsistence and cultural purposes. Disposition of this action without Yurok may as a practical matter impair its federally reserved fishing rights in the

Klamath and Trinity River fisheries. The applicant is a federally recognized tribe and its interest is inadequately represented by the existing parties.

The Court finds that it is appropriate pursuant to Federal Rule of Civil Procedure 24 to allow Yurok to intervene in this action as a party defendant in order to protect its federally reserved fishing rights. Intervention is appropriate pursuant to Rule 24(a) as it appears that disposition of the action "as a practical matter" may impair or impede the interests of Yurok. Alternatively, this request is appropriate pursuant to Rule 24(b) as the request is timely, the applicant's claim or defense shares a common question of law or fact, and intervention would not unduly delay or prejudice the adjudication.

IT IS HEREBY ORDERED that Yurok's motion to intervene as of right, or alternatively with permission, as a defendant in this action is GRANTED, conditioned upon Yurok making every effort to avoid duplicative briefing.

IT IS SO ORDERED.

Dated:   **August 24, 2015**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE