# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT,<br><br>Plaintiffs,<br><br>v.<br><br>SALLY JEWELL, as Secretary of the U.S. Department of the Interior; U.S. DEPARTMENT OF THE INTERIOR; U.S. BUREAU OF RECLAMATION; ESTEVAN LOPEZ, as Commissioner, Bureau of Reclamation, U.S. Department of the Interior; and DAVID MURILLO, as Regional Director, Mid-Pacific Region, Bureau of Reclamation, U.S. Department of the Interior,<br><br>Defendants. | Case No. 1:15-cv-1290 LJO GSA<br><br>ORDER GRANTING HOOPA VALLEY TRIBE'S MOTION TO INTERVENE AS DEFENDANT (Doc. 24) |

The Hoopa Valley Tribe has moved to intervene as Defendant in this action. Plaintiffs and federal Defendants have no objection to the intervention and the motion satisfies all four requirements of intervention as of right pursuant to Fed. R. Civ. P. 24(a). Accordingly, it is hereby ordered that the Hoopa Valley Tribe may intervene, conditioned upon the Hoopa Valley Tribe making every effort to avoid duplicative briefing.

IT IS SO ORDERED.

   Dated:   **August 24, 2015**          **/s/ Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE