JAN HASSELMAN (WSB #29107)
*[Pending Pro Hac Vice Application]*
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
Telephone: (206) 343-7340
Facsimile: (206) 353-5126
jhasselman@earthjustice.org

TRENT W. ORR (State Bar No. 77656)
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111-4608
Telephone: (415) 217-2000
Facsimile: (415) 217-2040
torr@earthjustice.org

*Attorneys for Defendant-Intervenor Applicants*

THE HONORABLE LAWRENCE J. O'NEILL

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT,<br><br>Plaintiffs,<br><br>v.<br><br>SALLY JEWEL, *et al.*,<br><br>Defendants.<br><br>PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS and INSTITUTE FOR FISHERIES RESOURCES, non-profit organizations,<br><br>Defendant-Intervenor Applicants. | Case No. 15-cv-1290-LJO GSA<br><br>ORDER GRANTING PCFFA'S MOTION TO INTERVENE<br><br>Courtroom: Courtroom 4, 7th Floor<br>Judge: Honorable Lawrence J. O'Neill<br>Hearing Date: TBD<br>Time: TBD<br>Action Filed: August 21, 2015 |

THIS MATTER is before the Court on the motion to intervene of the Proposed Defendant-Intervenors, Pacific Coast Federation of Fishermen's Associations and the Institute for Fisheries Resources (collectively "PCFFA"). Plaintiffs' counsel does not object provided PCFFA will not seek to expand the claims in this case and will accept reasonable limits on

ORDER GRANTING MOTION TO
INTERVENE (No. 15-CV-1290-LJO-GSA) - 1

briefing from intervenors. Defendants' counsel has indicated that Defendants would stipulate to PCFFA's intervention.

PCFFA's motion to intervene satisfies the four requirements of Federal Rule of Civil Procedure 24(a) to intervene as of right. Based on the intervention papers PCFFA has filed, the Court finds that PCFFA's motion is timely filed at this very early stage of the proceedings. PCFFA has a significant protectable interest in the Klamath River fisheries which the challenged government action is designed to protect. Disposition of this action without PCFFA may, as a practical matter, impair PCFFA's ability to protect its interest in these fisheries and the government defendants and other intervenors may not adequately represent PCFFA's interests.

The Court, therefore, finds that it is appropriate, pursuant to Federal Rule of Civil Procedure 24, to allow PCFFA to intervene in this action as a matter of right. Alternatively, PCFFA's request to intervene permissively pursuant to Rule 24(b) is also appropriate as the request is timely, the applicant's claim or defense shares a common question of law or fact, and intervention would not unduly delay or prejudice the adjudication.

IT IS HEREBY ORDERED that PCFFA's motion to intervene as of right, or alternatively with permission, as a defendant in this action is GRANTED, conditioned upon PCFFA making every effort to avoid duplicative briefing.

IT IS SO ORDERED.

Dated: **August 24, 2015**      /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO
INTERVENE (No. 15-CV-1290-LJO-GSA) - 2

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*