**COUNSEL IDENTIFICATION ON FOLLOWING PAGE**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT,<br><br>Plaintiffs,<br><br>v.<br><br>SALLY JEWELL, et al.,<br><br>Defendants,<br><br>THE HOOPA VALLEY TRIBE; THE YUROK TRIBE; PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS; and INSTITUTE FOR FISHERIES RESOURCES,<br><br>Defendant-Intervenors. | Case No. 1:15-cv-01290-LJO-EPG<br><br>**STIPULATION AND ORDER EXTENDING SCHEDULE FOR SUPPLEMENTAL BRIEFING BY FOURTEEN DAYS**<br><br>Hon. Lawrence J. O'Neill |

# IDENTIFICATION OF COUNSEL

DANIEL J. O'HANLON (SBN 122380)
REBECCA R. AKROYD (SBN 267305)
ELIZABETH LEEPER (SBN 280451)
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
400 Capitol Mall, 27th Floor
Sacramento, CA 95814
Telephone: (916) 321-4500
Facsimile: (916) 321-4555
Email: dohanlon@kmtg.com
     rakroyd@kmtg.com
     eleeper@kmtg.com

*Attorneys for Plaintiffs*
*San Luis & Delta-Mendota Water Authority and Westlands Water District*

STEVEN O. SIMS (*Admitted Pro Hac Vice*)
DULCINEA Z. HANUSCHAK
(*Admitted Pro Hac Vice*)
BROWNSTEIN HYATT FARBER SCHRECK LLP
410 17th Street, Suite 2200
Denver, CO 80202
Telephone: (303) 223-1100
Facsimile: (303) 223-1111
Email: SSims@BHFS.com
     DHanuschak@BHFS.com

*Attorneys for Plaintiff*
*Westlands Water District*

JEFFREY H. WOOD
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

ANNA K. STIMMEL, Trial Attorney
Natural Resources Section
301 Howard Street, Suite 1050
San Francisco, CA 94105
Telephone: (415) 744-6480
Facsimile: (415) 744-6476
Email: anna.stimmel@usdoj.gov

BRADLEY H. OLIPHANT, Senior Trial Attorney
Wildlife & Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-1381
Facsimile: (303) 844-1350
Email: bradley.oliphant@usdoj.gov

*Attorneys for Federal Defendants*

JAN HASSELMAN (WSBA #29107)
(*Admitted Pro Hac Vice*)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
Telephone: (206) 343-7340
Facsimile: (206) 353-5126
Email: jhasselman@earthjustice.org

TRENT W. ORR (SBN 77656)
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111-4608
Telephone: (415) 217-2000
Facsimile: (415) 217-2040
Email: torr@earthjustice.org

*Attorneys for Defendant-Intervenors*
*Pacific Coast Federation of Fishermen's Associations and Institute for Fisheries Resources, non-profit organizations*

| | |
|---|---|
| THOMAS P. SCHLOSSER (WSBA # 06276)<br>THANE D. SOMERVILLE (WSBA #31468)<br>MORISSET, SCHLOSSER, JOZWIAK & SOMERVILLE<br>801 Second Avenue, Suite 1115<br>Seattle, WA 98104-1509<br>Telephone: (206) 386-5200<br>Facsimile: (206) 386-7322<br>Email: t.schlosser@msaj.com<br>　　　　t.somerville@msaj.com<br><br>*Attorneys for Defendant-Intervenor,*<br>*Hoopa Valley Tribe*<br><br>PATRICIA A. PROCHASKA (SBN 142161)<br>Attorney at Law<br>577 9th Avenue<br>Menlo Park, CA 94025<br>Telephone: (650) 562-7060<br>Facsimile: (866) 560-1608<br>Email: patprochaska@gmail.com<br><br>*Local Counsel for Defendant-Intervenor,*<br>*Hoopa Valley Tribe* | DANIEL I.S.J. REY-BEAR (SBN 203045)<br>Rey-Bear McLaughlin, LLP<br>421 W. Riverside Avenue, Suite 1004<br>Spokane, WA 99201-0410<br>Telephone: (509) 747-2502<br><br>CHEYENNE A. SANDERS (SBN 307359)<br>Office of Tribal Attorney<br>Yurok Tribe<br>190 Klamath Boulevard<br>Klamath, CA 95531<br>Telephone: (707) 482-1350<br><br>*Counsel for Defendant-Intervenor,*<br>*Yurok Tribe* |

| | |
|---|---|
| 1 | **RECITALS** |
| 2 | WHEREAS, the Court's April 17, 2017 Order (Doc. 123) directed the parties to submit |
| 3 | supplemental briefing on the issue of standing and "how the present record should be interpreted |
| 4 | in light of [*San Luis & Delta-Mendota Water Auth. v. Haugrud*, 848 F.3d 1216, 1221 (9th Cir. |
| 5 | 2017)]; |
| 6 | WHEREAS, the April 17, 2017 Order provided the following schedule for supplemental |
| 7 | briefing: "Plaintiffs shall submit a supplemental brief no longer than ten pages in length on this |
| 8 | topic on or before May 12, 2017. Federal Defendants may file a response of equal length on or |
| 9 | before May 26, 2017. Defendant-Intervenors may file responses no longer than five pages in |
| 10 | length on or before June 2, 2017, but only if Defendant-Intervenors' responses present arguments |
| 11 | that do not repeat those made by other parties;" |
| 12 | WHEREAS, counsel for Federal Defendants that is principally responsible for drafting the |
| 13 | response brief is on leave from May 15 to May 24, 2017; |
| 14 | WHEREAS, the parties agree that in light of Federal Defendants' counsel's schedule, a |
| 15 | fourteen-day extension of the Court's schedule for supplemental briefing is appropriate; |
| 16 | AND WHEREAS, the parties agree that the revised schedule should be as follows: |
| 17 | Plaintiffs shall submit a supplemental brief no longer than ten pages in length on this topic on or |
| 18 | before May 26, 2017. Federal Defendants may file a response of equal length on or before June 9, |
| 19 | 2017. Defendant-Intervenors may file responses no longer than five pages in length on or before |
| 20 | June 16, 2017, but only if Defendant-Intervenors' responses present arguments that do not repeat |
| 21 | those made by other parties; |
| 22 | **STIPULATION** |
| 23 | NOW THEREFORE, counsel for the parties hereby stipulate to a fourteen-day extension |
| 24 | of the schedule for supplemental briefing requested in the Court's April 17, 2017 Order, making |
| 25 | the schedule for briefing as follows: |
| 26 | On or before May 26, 2017: Plaintiffs shall submit a supplemental brief no longer than ten |
| 27 | pages in length on this topic. |
| 28 | On or before June 9, 2017: Federal Defendants may file a response of equal length on or |

before June 9, 2017.

On or before June 16, 2017, Defendant-Intervenors may file responses no longer than five pages in length, but only if Defendant-Intervenors' responses present arguments that do not repeat those made by other parties.

Dated: May 4, 2017
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

By: */s/ Daniel J. O'Hanlon*
Daniel J. O'Hanlon
*Attorneys for Plaintiffs*
*San Luis & Delta-Mendota Water Authority and Westlands Water District*

Dated: May 4, 2017
BROWNSTEIN HYATT FARBER SCHRECK LLP

By: */s/ Steven O. Sims*
Steven O. Sims
*Attorneys for Plaintiff*
*Westlands Water District*

Dated: May 4, 2017
JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division

By: */s/ Bradley H. Oliphant*
Bradley H. Oliphant, Senior Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
*Attorneys for Federal Defendants*

| | | |
|---|---|---|
| Dated: May 4, 2017 | | EARTHJUSTICE |
| | By: | */s/ Jan Hasselman* |
| | | Jan Hasselman |
| | | *Attorneys for Defendant-Intervenor Applicants Pacific Coast Federation of Fishermen's Associations and Institute for Fisheries Resources* |
| Dated: May 4, 2017 | | MORISSET, SCHLOSSER, JOZWIAK & SOMERVILLE |
| | By: | */s/ Thomas P. Schlosser* |
| | | Thomas P. Schlosser |
| | | *Attorneys for Defendant-Intervenor Hoopa Valley Tribe* |
| Dated: May 4, 2017 | | REY-BEAR McLAUGHLIN, LLP |
| | By: | */s/ Daniel I.S.J. Rey-Bear* |
| | | Daniel I.S.J. Rey-Bear |
| | | *Attorneys for Defendant-Intervenor Yurok Tribe* |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the parties' stipulation, the Court hereby ORDERS that the schedule for |
| 3 | supplemental briefing in the Courts' April 17, 2017 Order (Doc. 123) be extended by fourteen |
| 4 | days, and be established as follows: |
| 5 | Plaintiffs shall submit a supplemental brief no longer than ten pages in length on this topic |
| 6 | on or before May 26, 2017. |
| 7 | Federal Defendants may file a response of equal length on or before June 9, 2017. |
| 8 | Defendant-Intervenors may file responses no longer than five pages in length on or before |
| 9 | June 16, 2017, but only if Defendant-Intervenors' responses present arguments that do not repeat |
| 10 | those made by other parties. |

IT IS SO ORDERED.

Dated:  **May 4, 2017**          /s/ Lawrence J. O'Neill
                          UNITED STATES CHIEF DISTRICT JUDGE